IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID JIMENEZ,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**M. JERICOFF, et al.,**<br><br>                              Defendants. | CIV F 01-6417 AWI SMS P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME**<br>(Doc. 49) |

   Defendants Jericoff and Melo (Defendants) have filed a request for extension of time to file a motion for summary judgment. Plaintiff has not filed Opposition to the Motion.

   The Court has reviewed Defendants' request and the attached declaration of counsel, and finds good cause to GRANT the request. Accordingly, the Court HEREBY ORDERS Defendants request to extend the dispositive motion deadline is GRANTED. Any dispositive motion is due on or before **September 12, 2005.**

IT IS SO ORDERED.

**Dated:    July 13, 2005**                              **/s/ Sandra M. Snyder**
b6edp0                                                            UNITED STATES MAGISTRATE JUDGE

Order Granting Defs.' Req. for Ext. of Time
Case No. CIV F 01-6417 AWI SMS P