# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JIMENEZ, | CV F   01 6417 AWI SMS P |
| Plaintiff, | |
| v. | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION |
| M. JERICOFF, et. al., | |
| Defendants. | |

David Jimenez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 8, 2005, Defendants filed a Motion for Summary Judgment. To date, Plaintiff has not filed an Opposition to the Motion or a Statement of Non-opposition, as is required by the Local Rules. Local Rule 78-230(m).

Accordingly, within **THIRTY (30) DAYS** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to the Motion for Summary Judgment.

1

**Plaintiff is forewarned that his failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:     **November 21, 2005**              /s/ Sandra M. Snyder
icido3                                                   UNITED STATES MAGISTRATE JUDGE