UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JIMENEZ, | 1:01-cv-06417-AWI-SMS-P |
|         Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 57) |
| vs. | **ORDER DISMISSING ACTION** |
| M. JERICOFF, et al., | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT** (Doc. 53) |
|         Defendants. | |

Plaintiff, David Jimenez ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 15, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case. Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed December 15,
8 2005, are ADOPTED IN FULL;
9    2.   This action filed pursuant to 42 U.S.C. § 1983 is
10 DISMISSED; and,
11   3.   Defendants' motion for summary judgment, filed
12 September 8, 2005, is DENIED as MOOT.

IT IS SO ORDERED.

**Dated:   February 14, 2006**              **/s/ Anthony W. Ishii**
0m8i78                            UNITED STATES DISTRICT JUDGE